S

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 7:16-CR- 39 |
| | : | |
| v. | : | VIOLATION: |
| | : | 21 U.S.C. § 846 |
| (1) CHRIS WATERS, | : | 21 U.S.C. § 841(a)(1) |
| (2) ANTONIO DENNARD | : | 21 U.S.C. § 841(b)(1)(A)(ii) |
|     A/K/A "TONY," | : | |
| (3) WILLIE TUCKER, | : | |
| (4) OZELL LANE, JR. | : | |
|     A/K/A "JUNIOR," | : | |
| (5) EDDIE SMITH | : | |
|     A/K/A "EDDIE CANE," | : | |
| (6) WILLIS LEE YOUNG, | : | |
| (7) HENRY AUSTIN III | : | |
|     A/K/A "POOCHIE," | : | |
| (8) IVAN STARKS, | : | |
| (9) MARVIN DUMAS, | : | |
| (10) ADRIAN LLOYD | : | |
|     A/K/A "AJ," | : | |
| (11) CORNELIUS WHITE | : | |
|     A/K/A "CWHITE" AND | : | |
|     "TOM BROWN," | : | |
| (12) ANTONIO CLASSEN | : | |
|     A/K/A "P" AND "PEA HEAD," | : | |
| | : | |
| DEFENDANTS. | : | |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
<u>CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE</u>
<u>21 U.S.C. § 846 i/c/w §§841(a)(1) and (b)(1)(A)(ii)</u>

That beginning on or about January 1, 2013 and continuing until on or about December 10, 2014, in the Valdosta Division of the Middle District of Georgia, and elsewhere, the defendants,

1) CHRIS WATERS,
(2) ANTONIO DENNARD A/K/A "TONY,"

(3) WILLIE TUCKER,
(4) OZELL LANE, JR. A/K/A "JUNIOR",
(5) EDDIE SMITH A/K/A "EDDIE CANE,"
(6) WILLIS LEE YOUNG,
(7) HENRY AUSTIN III A/K/A "POOCHIE,"
(8) IVAN STARKS,
(9) MARVIN DUMAS,
(10) ADRIAN LLOYD A/K/A "AJ,"
(11) CORNELIUS WHITE A/K/A "CWHITE" AND "TOM BROWN," and
(12) ANTONIO CLASSEN A/K/A "P" AND "PEA HEAD,"

knowingly and intentionally conspired and agreed together and with each other, with ANDREW CARTER, JOSE MARTINEZ, MAURICE TODD CARTER, JAMES WATERS, DIAMOND CARTER, LATARIS WATERS, and KENYATTA MITCHELL, and with other persons known and unknown to the Grand Jury, to possess with intent to distribute a mixture and substance containing a detectable amount of a schedule II controlled substance, to-wit: cocaine, in an amount exceeding 5 kilograms; in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A)(ii).

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

Presented by:

G.F. PETERMAN III
UNITED STATES ATTORNEY

JULIA C. BOWEN
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 9th day of November, 2016.

Deputy Clerk