UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION
AT VALDOSTA, GEORGIA

**MINUTE SHEET – SENTENCING**

| | | | |
|---|---|---|---|
| Date: | 11/29/2017 | Time in Court: | 11:32-11:45=13 mins |
| Judge: | Hugh Lawson | Reporter: | Darlene Fuller |
| Courtroom Deputy: | Nora Paul | Interpreter: | N/A |
| | | Case Number: | 7:16-cr-39-HL |

| | | | |
|---|---|---|---|
| USA | | Counsel: | Julia Bowen |
| V | | | |
| Marvin Dumas | | Counsel: | Alfreda Sheppard |

*Disclaimer: Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record. Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**U.S. Probation Department in attendance.**

**DEFT IS ADJUDICATED GUILTY AS TO COUNT(S): 1 of the Superseding Information**

**IMPRISONMENT: 78 months**

**SUPERVISED RELEASE: 3 years**

**The Court recommends Deft participate in RDAP**

**MAF: $100**
**FINE: Waived**

**Financial penalties shall be paid in accordance with the Court's Standing Order 2017-02.**

**Supervised Release includes the mandatory, standard and special conditions as noted in the presentence report and the Court's Standing Order 2017-02.**

**APPEAL INFORMATION SHEET GIVEN TO DEFT IN COURT AND DOCKETED TO THE CASE FOR DEFENSE COUNSEL.**

**Deft remanded to the custody of the USMS.**